# EXHIBIT A

Michael J. Aguirre, Esq., SBN 060402
Maria C. Severson, Esq., SBN 173967
Elijah T. Gaglio, Esq., SBN 324799
AGUIRRE & SEVERSON, LLP
501 West Broadway, Suite 1050
San Diego, CA 92101
Telephone: (619) 876-5364
Facsimile: (619) 876-5368

Attorneys for Plaintiffs

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego
**03/06/2023** at 11:53:00 AM
Clerk of the Superior Court
By Lee McAlister, Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN DIEGO

**'23CV0633 BEN BGS**

| | |
|---|---|
| PAULA HILL and EVA PIÑA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 37-2023-00000474-CU-BC-CTL<br>Assigned for All Purposes to<br>Hon. James A. Mangione, Dept. 75<br><br>**FIRST AMENDED CLASS ACTION COMPLAINT FOR:**<br><br>**(1) BREACH OF CONTRACT;**<br>**(2) VIOLATIONS OF CAL. BUS. CODE §17200** *et al*<br><br>**Demand for Jury Trial**<br><br>Complaint filed: January 5, 2023<br><br>**IMAGED FILE** |

### INTRODUCTION

1.  This class action is brought on behalf of all California family members who purchased Southwest Airlines tickets for a flight into a California airport, a flight out of a California airport, or a flight between California airports during the period December 22, 2022, to January 3, 2023, where the flight(s) purchased were not delivered and travel disrupted.

2.  This class action is based on the common questions and fact of law that Southwest Airlines failed to maintain proper software and computer systems to track reservations and to administer proper flight information so that customers could complete their travel plans, or would have alternatives to complete their travel plans.

1

3. Southwest Airlines knew that it had made reservations far beyond its ability to serve its customers, but failed to notify its customers because it wanted the financial advantage of being able to retain customer purchase funds so that Southwest Airlines could garner interest on those funds and could otherwise burden its customers by having to request the return of their funds or to bring litigation to recover their damages.

4. The lawsuit seeks compensatory damages including the cost of the ticket and damages incidental to the canceled flights, including relating to baggage loss and delay.

5. This lawsuit further seeks to stop Southwest Airlines from collecting money for airlines tickets until it has systems in place that can deliver the flights.

## JURISDICTION AND VENUE

6. This Court has jurisdiction over the action because this is a civil action involving purchasers of airline flights into, out of, and between cities in California. The matter in controversy, exclusive of interest and costs, exceeds the jurisdictional minimum of the Court.

7. Venue is proper because the acts and/or omissions complained of took place, in whole or in part, within the venue of this Court. Venue is also proper because the Plaintiffs reside in, and the Defendant does business in, this county.

## PARTIES

8. Plaintiff Paula Hill is a resident of the County of San Diego who purchased Southwest Airline tickets for roundtrip travel between San Diego, California and Kansas City from December 25, 2022 through January 2, 2023, but said flights were canceled by Southwest Airlines and travel was delayed. Because of the Southwest Airlines wrongful conduct as alleged herein, Plaintiff was not able to spend Christmas and New Years with family as intended upon her purchase of the tickets.

9. Plaintiff Eva Piña is a resident of the County of San Diego who purchased Southwest Airline tickets for roundtrip travel between San Diego and Sacramento, California from December 21, 2022 through December 26, 2022, but said flights were canceled by Southwest Airlines and travel was delayed. Because of the Southwest Airlines wrongful conduct as alleged herein, Plaintiff Piña was forced to find an alternative means of travel to get back to

1  San Diego by booking a car through a rental service for an 8-hour drive from Sacramento to San
2  Diego.
3      10.    Defendant is Southwest Airlines Co., a Delaware corporation that does business in
4  in San Diego, California and throughout California. It is called by some the "unofficial airlines of
5  California."
6      11.    Plaintiffs are informed and believe, and thereupon allege, that at all times relevant
7  and mentioned herein, Defendant and DOES 1 through 100, inclusive, and each of them, were the
8  agents, servants, employees, independent contractors, co-conspirators, retailers, distributors,
9  wholesalers, management companies, subsidiaries and/or joint ventures of the remaining
10 Defendants, and each of them, and were at all times material hereto acting within the authorized
11 course, scope and purpose of said agency and employment, and/or that all of said acts were
12 subsequently performed with the knowledge, acquiescence, ratification and consent of the
13 respective principals, and the benefits thereof accepted by said principals.
14     12.    The true names and/or capacities, whether individual, corporate, governmental,
15 associate, or otherwise, of Defendant DOES 1 through 100, inclusive, and each of them, are
16 unknown to Plaintiff, who therefore sue said Defendants by such fictitious names. Plaintiffs are
17 informed and believe, and thereon allege, that each Defendant fictitiously named herein as a DOE
18 is legally responsible as alleged herein, for the events and damages hereinafter referred to, and
19 which legally caused the injuries and damages to Plaintiffs, and other class members, as
20 hereinafter alleged. Plaintiffs will seek leave of Court to amend this Complaint to insert the true
21 names and/or capacities of such fictitiously named Defendants when the, same have been
22 ascertained.

**CLASS ACTION**

24     13.    Plaintiffs bring this action pursuant to California Code of Civil Procedure 382 on
25 behalf of all California family members and persons ("the Class") who purchased Southwest
26 Airlines tickets for a flight into a California airport, a flight out of a California airport, or a flight
27 between California airports for travel during the period December 22, 2022, to January 3, 2023
28 ("Class Period") where the flight(s) purchased were not delivered and travel disrupted.

14.     Plaintiffs sue as representative parties on behalf of the Class. The Class is so numerous that joinder would be impracticable.

15.     The overwhelming common question is the liability of Southwest Airlines in breaching its duty to its customers to provide the flights for the tickers it sold.

16.     There is a well-developed community of interest, with fundamental questions of law and fact common to the class including, but not limited to Southwest Airlines' breach of its contract for flights with the Class, Southwest Airlines' unfair business practices of selling airline tickets with known deficient software and other systems that prohibit or impede its ability to perform on the contract and provide flights as purchased.

17.     The proposed class is ascertainable because there is a well-defined community of interest in the questions of law and fact involved. A substantial benefit both to the litigants and to the court will result because the claims will not have to be litigated separately and conflicting rulings will be avoided.

18.     The causes of action of the representative party are typical of the claims of the class. The representative parties and counsel will fairly and adequately protect the interests of the class. The common questions of law and fact common to the class members predominate over any questions affecting only individual members, and a class action is superior to other available methods for fairly and efficiently adjudicating the controversy.

19.     The knowledge and decisions of the Southwest, and Southwest's misrepresentations and omissions identified in this operative complaint are common to all.

**ALLEGATIONS COMMON TO ALL CAUSES OF ACTION**

20.     The knowledge and decisions of the Southwest, and Southwest's misrepresentations and omissions identified in this operative complaint are common to all.

21.     Southwest Airlines is California's busiest airline, with approximately 800 flights scheduled on peak days, many between Northern and Southern California.

22.     "Southwest is almost the unofficial airline of California," according to one industry analyst.

///

4

FIRST AMENDED CLASS ACTION COMPLAINT                    CASE NO. 37-2023-00000474-CU-BC-CTL

23. Southwest Airlines holds itself out as a reliable carrier, but those representations are belied by the antiquated manner in which the airline operates.

24. Plaintiffs are informed and believe Southwest's old software systems failing appears to be a key factor in why Southwest Airlines could not provide the flights in California as purchased during the period of December 22, 2022 through January 3, 2023.

25. More than 15,000 of Southwest flights were canceled starting on December 22, 2022.

26. Plaintiffs are informed and believe, and thereon allege, Southwest Airlines knew of its software deficiencies, and had been warned of those software issues impacting customer travel.

27. Southwest Airlines admitted its "technology struggled to align our resources, requiring Southwest personnel to respond to its scheduling issues manually.

28. Southwest Airlines admitted during the Class Period, it had aircrafts available, but "[t]he process of matching up those crew members with the aircraft could not be handled by Southwest's technology," according to Southwest's chief operating officer Andrew Watterson.

29. Southwest admits that its systems needed upgrades.

30. As other airlines have spent billions of dollars into upgrading technology for employees, passengers and operations, Southwest has resisted in favor of older methods that, which in part, helped make it the most profitable airline in the country.

31. During the class period, Southwest canceled more than 15,000 flights, and did not have the systems in place to process customers' luggage.

32. Southwest's systems failed to give adequate notice to customers about flight cancellations or delays, and failed to provide refunds or other remuneration so that customers could make alternate arrangements.

33. The breaches of contract and unfair business practices disrupted customers' travel during the 2022 holiday season from Christmas through the new year. Customers were prevented from seeing loved ones, and had to deal with baggage disruptions, delays, alternative travel, and other losses.

5

34. Southwest Airlines did not refund monies to those who paid for tickets, and when refunds were made, there was no care to ensure the funds were returned to those who spent them.

### FIRST CAUSE OF ACTION

### (BREACH OF CONTRACT)

35. Plaintiffs reallege the preceding paragraphs as though fully set forth herein.

36. Plaintiffs and class members entered into a contract with Southwest Airlines for flights during December 22, 2022 to January 3, 2023.

37. Plaintiffs and class members did all, or substantially all, of the significant things that the contract required including, but not limited to, purchasing the airline tickets.

38. Southwest Airlines made reservations far beyond its ability to serve its customers, but failed to notify its customers because it wanted the financial advantage of being able to retain customer purchase funds so that Southwest Airlines could garner interest on those funds and could otherwise burden its customers by having to request the return of their funds or to bring litigation to recover their damages.

39. Southwest Airlines failed to provide the flights purchased by Plaintiffs and class members.

40. Southwest Airlines failed to use the utmost care and diligence for their safe carriage, must provide everything necessary for that purpose, and failed to exercise a reasonable degree of skill.

41. Southwest Airlines failed to give to Plaintiffs and class members such accommodations as are usual and reasonable, and must treat them with civility and give them a reasonable degree of attention. Southwest Airlines failed to give its passengers all such accommodations that are usual and reasonable.

42. Southwest Airlines failed to provide to Plaintiffs and class members a reasonable rate of speed for their travel, without any unreasonable delay, or deviation from his proper route.

43. A common carrier, such as Southwest Airlines, is liable for delay when it is cause by its own want of ordinary care and diligence.

///

44. Plaintiffs and the Class was harmed as a result of Southwest Airlines' actions.

## SECOND CAUSE OF ACTION

### (Unfair Competition)

45. Plaintiffs incorporate by reference and reallege the previous paragraphs as though set forth fully herein.

46. Southwest Airlines has engaged and continue to engage in unfair and/or unlawful business practices in California in violation of California Business and Professions Code § 17200 *et seq* by failing to provide air flights as purchased and collecting funds for airline tickets knowing it did not have a system that can deliver the flights.

47. Southwest Airlines' utilization of these unfair and/or unlawful business practices deprived Plaintiffs and continues to deprive members of the Class the damages that resulted from the cancelled and delayed flights constitutes unfair and/or unlawful competition, and provides an unfair advantage over Southwest Airlines' competitors who provided similar air flights.

48. In selling airline tickets to Plaintiffs and the Class, while failing to have and maintain software, technology and systems in place to deliver those flights purchased and otherwise accommodate customers so that travel could be completed as purchased, defendant engaged in unfair business practices under Bus & Prof Code 17200 *et seq*.

49. Because Plaintiffs and the Class are victims of Defendant's unfair and/or unlawful conduct alleged herein, Plaintiffs for themselves and on behalf of the members of the Class seek full restitution of monies, as necessary and according to proof, to restore any and all monies withheld, acquired and/or converted by Defendant pursuant to Business and Professions Code §§17203 and 17208.

50. Plaintiffs seek an order restoring funds taken from Plaintiffs and the Class, and enjoining Defendant from continuing to take payments for flights until it has systems in place that can deliver the flights purchased.

51. Upon these premises Defendants are liable to plaintiffs for the damages they suffered in connection with their investments with defendants.

///

52. The acts complained of herein occurred during the period of December 22, 2022 to January 3, 2023.

53. Plaintiffs were compelled to retain the services of counsel to file this court action and to protect her interest and those of the Class, to obtain restitution and injunctive relief, and to enforce important rights affecting the public interest. Plaintiffs thereby incurred the financial burden of attorneys' fees and costs, which they are entitled to recover.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray judgment against Defendant as follows:

**On the Breach of Contract Action:**

1. For compensatory damages to Plaintiffs and the Class, including but not limited to, the cost of the tickets purchased and damages incidental to the canceled and delayed flights in an amount according to proof;

**On the Unfair Competition Law Claim:**

2. For an order granting injunctive relief to prohibiting Southwest Airlines from collecting funds for airline tickets until it demonstrates that it has systems in place that can deliver the flights sold;

3. For restitution to Plaintiffs and the Class in an amount according to proof

**On all Claims:**

4. For reasonable attorneys' fees and costs of suit; and

5. For all other relief the Court determines is warranted.

AGUIRRE & SEVERSON, LLP

Dated: March 6, 2023

*/s/Maria Severson*
Maria C. Severson, Esq.
Attorneys for Plaintiffs